# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRY SATURDAY,<br><br>    *Defendant*. | Criminal Action No. 1:23-cr-352 (CJN) |

## SCHEDULING ORDER

Trial shall commence in this matter on **December 9, 2024**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. **Before filing any motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties**.

2. The Defendant shall file any motions to dismiss the indictment or exclude evidence on or before **July 8, 2024**, oppositions shall be filed on or before **July 22, 2024**; and replies shall be filed on or before **July 29, 2024**.

3. The Parties shall make full disclosure of proposed expert witnesses and their proposed testimony to opposing counsel on or before **July 29, 2024**. The Parties shall make full disclosure of rebuttal expert witnesses and their proposed testimony to opposing counsel on or before **August 19, 2024**.

4. The Parties shall file any *Daubert* motions on or before **September 20, 2024**, oppositions shall be filed on or before **October 4, 2024**; and replies shall be filed on or before **October 11, 2024**.

1

5. The Parties shall file any other pretrial motions (including motions *in limine*) on or before **October 18, 2024**; oppositions shall be filed on or before **November 1, 2024**; and replies shall be filed on or before **November 8, 2024**.

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **November 18, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.

7. On or before **November 18, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. A neutral statement of the case. The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

    b. Proposed *voir dire* questions. The Parties shall indicate

        i. the *voir dire* questions that the parties agree to; and

        ii. the *voir dire* questions that the parties disagree on, with specific objections noted as to each disputed question.

    c. Proposed jury instructions. The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions. The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include. As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the

      non-sponsoring party should state any objection to the instruction, including any proposed modifications.

    d. <u>Witness lists.</u>  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief.  Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

    e. <u>Exhibit lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list.  The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits.  The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    f. <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

    g. <u>Proposed verdict form</u>.  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict form should include a date and signature line for the jury foreperson.

8. In addition, on **November 18, 2024**, the Parties shall transmit, in Word format, an electronic copy of the Joint Pretrial Statement by email to the Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

9. The Court will schedule hearings on any motions filed by the Parties as necessary.

10. Counsel shall appear on **December 4, 2024**, at 10:00 a.m. for a pretrial conference in Courtroom 17.

April 15, 2024

CARL J. NICHOLS
United States District Judge