UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-00352 (CJN) |
| v. | : | |
| | : | |
| BARRY SATURDAY, | : | |
| | : | |
| Defendant. | : | |

**JOINT PROPOSED AMENDMENTS TO THE CURRENT
SCHEDULING ORDER**

Per the Court's Minute Entry dated July 22, 2024, the parties jointly request that the following changes be made to the current Scheduling Order (Dkt. 30).

Paragraph 2 be amended to the following dates: Aug. 16, 2024 (motions due); Sept. 9, 2024 (oppositions due); and Sept. 16, 2024 (replies due).

Paragraph 3 be amended to the following dates: Aug. 12, 2024 (expert notices due) and Oct. 2, 2024 (rebuttal expert notices due).

Paragraph 4 -- no change.

Paragraph 5 be amended to the following dates: Nov. 4, 2024 (pretrial motions due); Nov. 18, 2024 (oppositions due); and Nov. 25, 2024 (replies due).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Craig Estes
CRAIG ESTES
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
Massachusetts Bar No. 670370
craig.estes@usdoj.gov
(617) 748-3100

**CERTIFICATE OF SERVICE**

    On this 26th day of July 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                     /s/ *Craig Estes*
                                                     Craig Estes
                                                     Assistant United States Attorney